In the Matter of the Designation of EUGENE M. TRAVIS as a Candidate for the Republican Party Nomination for the Office of Comptroller of the State of New York.

JOHN KISSEL, Appellant; EUGENE M. TRAVIS et al., Respondents.

In the Matter of the Designation of SAMUEL FRASER as a Candidate for the Republican Party Nomination for the Office of Comptroller of the State of New York.

JOHN KISSEL, Appellant; SAMUEL FRASER et al., Respondents.

(Submitted February 24, 1919; decided March 4, 1919.)

Motion to amend remittiturs granted in each case upon stipulation, without costs. (See 224 N. Y. 598, 599.)